NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE CHICCO USA, INC.,
*Petitioner.*

---

Miscellaneous Docket No. 977

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Pennsylvania in case no. 10-CV-740, Judge Lawrence F. Stengel.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

## ORDER

Chicco USA, Inc. (Chicco) submits a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Pennsylvania to vacate its order granting Sunshine Kids Juvenile Products, LLC's (Sunshine) motion to stay proceedings pending reexamination and to direct the court to reopen the proceedings.

Upon consideration thereof,

IT IS ORDERED THAT:

Sunshine is directed to respond to the petition no later than March 31, 2011.

FOR THE COURT

MAR 16 2011                    /s/ Jan Horbaly
Date                           Jan Horbaly
                               Clerk

cc: Anthony S. Volpe, Esq.
    Karla Rachelle Goldman, Esq.
    Clerk, United States District Court For The Eastern
District of Pennsylvania.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 16 2011

JAN HORBALY
CLERK